APR 8'10AM10:11 USBCEW

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SMITH, GEORGIA A

Debtor

Case No.  05-03589-PCW13

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $51.04, BEING MONIES WHICH ARE
UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 29 | PENGUIN PLUMBING<br>5950 S 6TH AVE SUITE 200<br>SEATTLE, WA  98108 | $51.04 |

Dated: April 02, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874189          4-8-10          $51.04