DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAY10'10AM11:01 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SMITH, GEORGIA A

Debtor

Case No. 05-03589-PCW13

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $34.02, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 29 | PENGUIN PLUMBING<br>5950 S 6TH AVE SUITE 200<br>SEATTLE, WA 98108 | $34.02 |

Dated: April 22, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 487435F    5-10-10    $34.02*